IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARREN AIKEN, JR.,

    Plaintiff,

v.                                                CASE NO. 1:05-cv-00191-MP-AK

CORRECTIONAL OFFICER GRUDEN, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's complaint, Doc. 1, be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. The Magistrate recommends transferring the case because the claim involves alleged occurrences between the plaintiff and defendants at the Union Correctional Institution, which is located in the Middle District of Florida. The Magistrate Judge filed the Report and Recommendation on Thursday, December 8, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated

       by reference in this order.

2.      Plaintiff's complaint, Doc. 1, is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**DONE AND ORDERED** this  *11th* day of January, 2006

                    *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge